IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00567-REB-MEH

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

    Plaintiff,

v.

BIVIO, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 25, 2010.**

Defendant's Motion to Modify Scheduling Order [filed October 22, 2010; docket #35] is **denied without prejudice**. The Court will reconsider the deadlines set in this matter in its adjudication of Defendant's two pending motions.

In consideration of the present dates and deadlines, the Court sets the following briefing schedule. Plaintiff shall submit separate responses to Defendant's Motion to Compel (docket #31) and Motion to Amend Answer (docket #33) on or before **November 5, 2010**. Defendant may submit separate replies on or before **November 12, 2010**.