IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00567-REB-MEH

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

   Plaintiff,

v.

BIVIO, INC., a Delaware corporation,

   Defendant and Third Party Plaintiff,

v.

ICLUBCENTRAL INC.,

   Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2010.**

   Defendant's Motion to Modify Discovery Service Deadline [filed December 8, 2010; docket #57] is **granted** as follows.  Defendant may serve written discovery requests to Third Party Defendant IClubcentral, Inc. within *seven calendar days* of IClubcentral's answer or other response to Defendant's amended counterclaim.