IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   10-cv-00567-REB-MEH | Date:   January 10, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| NATIONAL ASSOCIATION OF INVESTORS CORPORATION, | Perry J. Narancic |
| Plaintiff, | |
| vs. | |
| BIVIO, INC., | Richard Len Bland |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTIONS HEARING**

**Court in session:**     1:43 p.m.

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Defendant's Refiled Motion to Compel Discovery (Doc. #61, filed 12/29/10) and Defendant's Motion to Modify Scheduling Order and Request for Pretrial Conference (Doc. #63, filed 12/30/10).

Discussion regarding the current Settlement Conference date, entering a Protective Order, and the issue of subject matter jurisdiction.

**ORDERED:**   1.   Defendant's Refiled Motion to Compel Discovery (Doc. #61, filed 12/29/10) is GRANTED in part and DENIED in part as stated on the record.  The Court takes the issue of attorney's fees incurred in connection with this motion and the previously filed Motion to Compel (Docket #43) under advisement.

                2.   Defendant's Motion to Modify Scheduling Order and Request for Pretrial Conference (Doc. #63, filed 12/30/10) is taken under advisement.

**Court in recess:**     2:12 p.m.   (Hearing concluded)
**Total time in court:**  0:29