IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00567-REB-MEH

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

      Plaintiff,

v.

BIVIO, INC., a Delaware corporation,

      Defendant and Third Party Plaintiff,

v.

ICLUBCENTRAL INC.,

      Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 17, 2011.**

      Plaintiff/Counter-Defendant NAIC's Motion for Protective Order [filed February 7, 2011; docket #79] is **granted** as follows. In its response, Defendant Bivio represents to the Court that the parties agreed on the format of a stipulated protective order, attached to the response. (*See* docket #88.) The proposed stipulated protective order located at docket #88-1 is accepted and entered contemporaneously with this minute order.