IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00567-REB-MEH

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

    Plaintiff,

v.

BIVIO, INC., a Delaware corporation,

    Defendant and Third Party Plaintiff,

v.

ICLUBCENTRAL INC.,

    Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 31, 2011.**

    The Joint Motion to Extend Discovery Deadline [filed May 26, 2011; docket #113] is **granted in part** and **denied in part**. The discovery cut-off is extended up to and including **August 10, 2011**, for the sole purpose of conducting the depositions of Robert Brooker, Roger Ganser, and Kamie Zaracki, and any discovery related to these depositions.