IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00567-WJM-MEH

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

 Plaintiff,

v.

BIVIO, INC., a Delaware corporation,

 Defendant and Third Party Plaintiff,

v.

ICLUBCENTRAL INC.,

 Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2011.**

 Defendant Bivio, Inc.'s Unopposed Motion to Extend Discovery Deadline with Respect to the Depositions of Plaintiff and Bonnie Reyes [filed June 25, 2011; docket #116] is **granted**. The discovery deadline is extended up to and including **July 31, 2011**, for the sole purpose of deposing Plaintiff and Bonnie Reyes and any discovery related to these depositions. All other dates and deadlines remain the same. (*See* docket #115.)