IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00567-WJM-MEH

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

      Plaintiff,

v.

BIVIO, INC., a Delaware corporation,

      Defendant and Third Party Plaintiff,

v.

ICLUBCENTRAL INC.,

      Third Party Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 3, 2011.**

      In light of the settlement in this matter, Plaintiff's Motion to Compel [filed July 1, 2011; docket #120] and Motion to Amend Scheduling Order [filed July 1, 2011; docket #121] are **denied as moot**.