IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00567-WJM-MEH

NATIONAL ASSOCIATION OF INVESTORS CORPORATION, a Michigan non-profit corporation,

    Plaintiff,

v.

BIVIO, INC., a Delaware corporation,

    Defendant and Third Party Plaintiff,

v.

ICLUBCENTRAL INC.,

    Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2011.**

    The Parties' Joint Motion to Extend Deadline to Dismiss [filed August 31, 2011; docket #135] is **granted**. The deadline for filing dismissal papers in this case is **September 2, 2011**.